UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CLAY LEE JONES,

                              Plaintiff,                         25-CV-2689 (JMF) (VF)

      -against-                                            **ORDER**

THE SERPENTARIUM, LLC,

                              Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

       The parties were directed to file a joint status update by September 30, 2025. ECF No. 14. No update was filed. The parties are directed to file a joint status update by **October 15, 2025.**

       SO ORDERED.

DATED:    New York, New York
              October 3, 2025

                                                                         _____
                                                                         VALERIE FIGUEREDO
                                                                         United States Magistrate Judge