UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CLAY LEE JONES,

                Plaintiff,                **25-CV-2689 (JMF) (VF)**

    -against-                     **ORDER**

THE SERPENTARIUM, LLC,

                Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      The parties filed a joint status update on October 15, 2025, indicating that they were finalizing a settlement. ECF No. 16. The parties were directed to file a joint status update by November 14, 2025, if a stipulation of dismissal was not filed before that date. ECF No. 17. No update was filed. The parties are directed to file a joint status update by **December 17, 2025** if a stipulation of dismissal is not filed on or before that date.

                **SO ORDERED.**

DATED:    New York, New York
             November 24, 2025

                                          _____
                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge