UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

CLAY LEE JONES, on behalf of himself and all others similarly situated,

Civil Action No: 1:25-cv-2689

Plaintiff,

-v.-

THE SERPENTARIUM, LLC

,

Defendants.

------------------------------------------------------------------------x

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** December 17, 2025

| **For Plaintiff Clay Lee Jones** | **For Defendant The Serpentarium, LLC** |
|---|---|
| Rami Salim<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>rsalim@steinsakslegal.com | Nolan Keith Klein<br>Law Office of Nolan Klein, PA<br>5550 Glades Rd Suite 500<br>Boca Raton, FL 33431<br>Ph: (954) 745-0588<br>klein@nklegal.com |

**CERTIFICATE OF SERVICE**

I certify that on December 17, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Rami Salim*
Rami Salim
**Stein Saks, PLLC**
*Attorneys for Plaintiff*

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

SO ORDERED.

December 19, 2025